# United States District Court
# For The District of Columbia

United States of America,

            **v.**

James Becton,

            **Defendant.**

**Case No. 07-cr-131 (TNM)**

## Motion to Travel

Mr. James Becton, through undersigned counsel, moves this Court to authorize his travel to San Juan, Puerto Rico from March 12-14, 2025. Given these dates, he respectfully asks this Court to issue a decision on an expedited basis.

1.      In September 2008, Mr. Becton was convicted of offenses related to drug trafficking and sentenced to 300 months of imprisonment and 120 months of supervised release. *See* ECF No. 329. His sentence was later lowered in 2021 to 246 months. *See* ECF No. 599.

2.      Mr. Becton was release from BOP custody November 27, 2024. He had already been transferred to home confinement before his release from custody, and on September 24, 2024, Mr. Becton married his fiancé, Tirmira Robinson. They now live together in Southeast D.C., and he works at Reel Automotive.

3.      Mr. Becton and Ms. Robinson want to celebrate their marriage and Mr. Becton's March birthday. They have therefore planned a trip together to San Juan, Puerto Rico, leaving early morning March 12, 2025, and returning mid-afternoon March 14, 2025. They will be staying at a Residence Inn Marriott while in San Juan.

4.      Mr. Becton respectfully requests that this Court approve his travel to Puerto Rico from March 12 to March 14, 2025.  Mr. Becton's Probation Officer has indicated that she has no objection to his travel plans.

5.      A proposed order is attached.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

*/s/ Joanna Munson Perales*
JOANNA MUNSON PERALES
Research & Writing Attorney
625 Indiana Ave NW, Suite 550
Washington, D.C. 20004
(202) 208-7500
Joanna_Perales@fd.org